| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 4 | STEVEN J. SALTIEL (CSBN 202292)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6996 |
| 7 | FAX: (415) 436-6748<br>steven.saltiel@usdoj.gov |
| 8 | Attorneys for Defendant |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| THE HOSPITAL COMMITTEE FOR THE LIVERMORE-PLEASANTON AREAS d.b.a. VALLEYCARE HEALTH SYSTEM, and also as VALLEYCARE MEMORIAL HOSPITAL, a California non-profit, public benefit corporation, | ) ) ) ) ) ) ) | No. C 09-1786 EMC<br><br>**STIPULATION** ; ORDER |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CHARLES E. JOHNSON, as Acting Secretary of the United States Department of Health and Human Services, | ) ) ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-1(a), by and between the parties hereto, through their undersigned counsel, that Defendant's time to answer or otherwise respond to the Complaint is extended to August 21, 2009. This stipulation will not alter the date of any event or any deadline already fixed by Court order.

\\

\\

[STIPULATION]
No. C 09-1786 EMC

| | | |
|---|---|---|
| 1 | DATED: July 1, 2009 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |

_____
/s/
STEVEN J. SALTIEL
Assistant United States Attorney

DATED: July 1, 2009  STEPHENSON, ACQUISTO & COLMAN

_____
/s/
SUSAN H. HUA
Attorneys for Plaintiffs

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge



[STIPULATION]
No. C 09-1786 EMC                           2