1  STEPHENSON, ACQUISTO & COLMAN
2  JOY Y. STEPHENSON, ESQ.  (SBN 113755)
   BARRY SULLIVAN, ESQ.     (SBN 136571)
3  RICHARD A. LOVICH, ESQ.  (SBN 113472)
4  OLIVER TOMAS, ESQ.          (SBN 233807)
   303 N. Glenoaks Blvd., Suite 700
5  Burbank, CA 91502

6  Telephone:  (818) 559-4477
7  Facsimile:   (818) 559-5484

8  Attorneys for Plaintiff

9           THE UNITED STATES DISTRICT COURT
10       FOR THE NORTHERN DISTRICT OF CALIFORNIA
11              SAN FRANCISCO DIVISION

| | |
|---|---|
| THE HOSPITAL COMMITTEE FOR THE LIVERMORE-PLEASANTON AREAS d.b.a. VALLEYCARE HEALTH SYSTEM and also as VALLEYCARE MEMORIAL HOSPITAL, a California non-profit, public benefit corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>KATHLEEN SEBELIUS, as Secretary of the United States Department of Health and Human Services,<br><br>             Defendant. | Case No.:  CV091786-EMC<br><br>[PROPOSED] ORDER ON STIPULATION TO MODIFY BRIEFING SCHEDULE<br><br>JUDGE: HON: EDWARD M. CHEN<br>COURTROOM:  C |

/ / /

/ / /

/ / /

- 1 -   [PROPOSED] ORDER ON STIPULATION TO MODIFY BRIEFING SCHEDULE

1  The parties have agreed to modify the existing briefing schedule in the
2  above-captioned matter and new briefing schedule has been adopted as follows:

3
4  2.   Plaintiff's opposition to Defendant's motion and reply to Defendant's
   opposition will be continued from 12/23/09 to **1/27/10**;
5

6
7  3.   Defendant's reply to Plaintiff's opposition will be continued from
   1/13/10 to **2/24/10**;
8

9
10 Then hearing on the Motions for Summary Judgment will be continued from
11 2/3/10 to _____3/10_____, 2010 at ____3:00____ a.m./p.m.

12
13  IT IS SO ORDERED.

14
15 DATE:___12/16/09_____     _____
                              HON. EDWARD M. CHEN
16                            UNITED STATES MAGISTRATE JUDGE



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

[PROPOSED] ORDER ON STIPULATION TO MODIFY BRIEFING SCHEDULE