STEPHENSON, ACQUISTO & COLMAN
JOY Y. STEPHENSON, ESQ.  (SBN 113755)
BARRY SULLIVAN, ESQ.     (SBN 136571)
RICHARD A. LOVICH, ESQ.  (SBN 113472)
OLIVER TOMAS, ESQ.       (SBN 233807)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Telephone:  (818) 559-4477
Facsimile:   (818) 559-5484

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HOSPITAL COMMITTEE FOR THE LIVERMORE-PLEASANTON AREAS d.b.a. VALLEYCARE HEALTH SYSTEM and also as VALLEYCARE MEMORIAL HOSPITAL, a California non-profit, public benefit corporation,<br><br>            Plaintiff,<br><br>  vs.<br><br>KATHLEEN SEBELIUS, as Secretary of the United States Department of Health and Human Services,<br><br>            Defendant. | Case No.:   CV091786-EMC<br><br>[P~~ROPOS~~ED] ORDER ON STIPULATION GRANTING LEAVE TO PLAINTIFF TO FILE ITS *AMENDED* MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>JUDGE: HON: EDWARD M. CHEN<br>COURTROOM:  C |

- 1 -

P~~RO~~POSED ORDER ON STIPULATION GRANTING LEAVE TO PLAINTIFF TO FILE AMENDED OPPOSITION

# [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT:

1. Plaintiff is granted leave to file its *Amended* Memorandum in Opposition to Defendant's Motion for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment;

2. Plaintiff's *Amended* Memorandum in Opposition to Defendant's Motion for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment shall be subject to Civil L.R. 7-4(b);

3. Plaintiff's *Amended* Memorandum in Opposition to Defendant's Motion for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment shall be filed no later than January 29, 2010.

IT IS SO ORDERED.

DATE:__January 29, 2010__



_____. CHEN
MAGISTRATE JUDGE